# SOCKEYE MEDIA LLC

307 5th Avenue #13FL New York, NY 10016 (o) 212 376 8300 www.sockeyemedia.com



GRANTED
Judge Paul S. Grewal

August 12, 2015

Sona Jho

Sockeye Media LLC
307 Fifth Avenue, 13th Floor
New York, NY 10016
(212) 376-8300

RE: Sockeye Media LLC vs. Linh Nhi (YouTube uploader "Chu Chu TV") Case Number: CV 15 2244PSG

Dear Honorable Judge Grewal,

My name is Sona Jho, member of Sockeye Media LLC. Sockeye Media (a pro se litigant) submitted a Case Management Statement in connection with the above mentioned copyright infringement case. Because we are a small company and reside in New York, the cost to travel to California for this hearing is prohibitively expensive and disruptive to our everyday operations. As such, we request that you please consider allowing us to attend this hearing telephonically.

Thank you for your time and consideration.

Sincerely,

Sona Jho