# Law Office of Heather Norton

236 West Portal #143
San Francisco, CA 94127
Phone: 415.379.4171
heather@heathernortonlaw.com

heathernortonlaw.com

---

October 26, 2015

Hon. Mag. Judge Paul S. Grewal
United States District Court
Northern District of California

Re:  Sockeye Media LLC v. Linh Nhi, Case No. 15-cv-02244PSG



Dear Judge Grewal,

I am local counsel for Plaintiff Sockeye Medial LLC in the above-referenced case. A case management conference in this matter is scheduled for October 27, 2015, in San Jose, California.  My office is located in San Francisco, California.  I am writing to request permission to attend the upcoming case management conference by telephone.

Attending the case management conference in person would necessitate at least several hours of travel time.  Sockeye Media LLC is a small company, and I am mindful of their need to minimize expenses in this case.  Attending the conference by telephone will be the most cost effective approach for the client.  I believe that a telephonic appearance will be as effective for the court as would an in person appearance for this particular hearing.

Thank you in advance for your consideration.


Sincerely,

Heather R. Norton, Esq.